# IN THE UNITED STATES DITRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE DALE STONEHILL ) | |
| Co-Executor and Co-Special Administrator ) | |
| Estate of Harry S. Stonehill ) | |
| Calle Guillermo Tell 14 ) | |
| Churriana 29140 Malaga, ESP ) | |
| ) | |
| **Plaintiff** ) | Civil Action No. 20-cv-03327-RCL |
| ) | |
| v. ) | |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| Washington, D.C. 20505 ) | |
| ) | |
| **Defendant** ) | |

Defendant, the Central Intelligence Agency ("CIA"), by undersigned counsel, respectfully submits this Answer to the Complaint Plaintiff Pauline Dale Stonehill filed. This case arises under the Freedom of Information Act ("FOIA").

## NATURE OF ACTION[1]

1. This sentence contains Plaintiff's characterization of this action and her FOIA request, to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

---

[1] For ease of reference, Defendants' Answer similarly replicates the headings contained in the Complaint. Although Defendant believes no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles may be construed to contain factual allegations, those allegations are denied.

8. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph. To the extent a response is required, Defendant denies the allegations.

9. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph. To the extent a response is required, Defendant denies the allegations.

## JURISDICTION AND VENUE

10. This paragraph contains plaintiff's legal conclusion concerning jurisdiction, to which no response is required.  To the extent a response is required Defendant admits that this Court has jurisdiction over any properly alleged FOIA claims in this complaint.

11. This paragraph contains plaintiff's legal conclusion concerning venue, to which no response is required.  To the extent a response is required Defendant admits that venue is proper in this judicial district.

## PARTIES

12. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

13. Defendant admits the first sentence of this paragraph. The second sentence contains Plaintiff's legal conclusion, to which no response is required.

## STATEMENT OF FACTS

### The Original Proceedings

14-22. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in these paragraphs. To the extent a response is required, Defendant denies the allegations.

### Rule 60(b) Proceedings

23-24. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in these paragraphs. To the extent a response is required, Defendant denies the allegations.

### Ninth Circuit Court of Appeal's Remand

25-26. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in these paragraphs. To the extent a response is required, Defendant denies the allegations.

### FOIA and Rule 60(b) Litigation

27-38. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations contained in these paragraphs. To the extent a response is required, Defendant denies the allegations.

### October 11, 2018 FOIA Request

39.     Admit.

40.     Admit.

41. This paragraph contains Plaintiff's legal conclusion, to which no response is required. To the extent a response is required, Defendant denies the allegations.

## COUNT 1

### ([Alleged] Violation of FOIA, 5 U.S.C. § 552)

42. Defendant incorporates the above responses herein.

43. Defendant denies the allegation.

The remainder of the Complaint contains Plaintiff's requested relief, to which no response is required, but insofar as a response is required, Defendant denies Plaintiff is entitled to the requested relief or any relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Any information that Defendant has withheld, or will withhold, in response to Plaintiff's FOIA request may be exempt in whole or in part from public disclosure under FOIA, 5 U.S.C. § 552 et seq.

### THIRD AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over any matter to the extent Plaintiff failed to satisfy prerequisites to suit, as well as over any requests or allegations that are not contained in a FOIA request at issue in this action.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has not alleged sufficient factual and/or legal bases for its request for costs and/or attorney's fees.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's request submitted under FOIA, 5 U.S.C. § 552 et seq., did not reasonably describe the records sought.

### SIXTH AFFIRMATIVE DEFENSE

At all times alleged in the Complaint, Defendant was acting in good faith, with justification, and pursuant to authority. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known through the course of the litigation.

Respectfully Submitted,

MICHAEL SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

/s

BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division

Washington,D.C. 20530
(202) 252-2534